UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MILESTONE AVIATION GROUP LIMITED,

    Plaintiff,

v.

DSV AIR & SEA INC. and DSV OCEAN TRANSPORT A/S,

    Defendants,
_____/

Case No. 1:24-cv-03136-JPC

## JOINT STIPULATION EXTENDING TIME TO ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing Plaintiff and Defendants that Defendants' time to file their answer to the Amended Complaint [ECF 18], is extended up to and including April 9, 2025.

Dated: April 1, 2025

    **VICTOR RANE**

By: */s/ Barry Alexander*
   Barry S. Alexander, Esq.
   Attorneys for Plaintiff
   14 Wall Street, 20th Floor
   New York, New York 10005
   Tel: 646.585.2323
   balexander@victorrane.com

Respectfully submitted,

    **SPECTOR RUBIN, P.A.**

By: */s/ Andrew Spector*
   Andrew R. Spector, Esq.
   Attorneys for Defendants
   3250 Mary Street, Suite 405
   Miami, Florida 33133
   11 Broadway, Suite 615
   New York, New York 10004
   Tel: 305.537.2000
   andrew.spector@spectorrubin.com

The Court does not extend Defendants' time to respond to the Amended Complaint, without prejudice to filing a proper request. Under the Court's Individual Civil Rule 3.B, requests for adjournments, extensions of time, and extensions of word lengths in memoranda shall be made by letter, and not by stipulation. Requests for adjournments or extensions of time shall be filed on ECF as letter-motions. The Rule further provides that, absent compelling circumstances, a request for an extension or adjournment must be made at least 48 hours (i.e. two business days) prior to the scheduled appearance or deadline. Should Defendants request an extension of time to answer the Amended Complaint, they must make an application that complies with Rule 3.B.

SO ORDERED
April 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge