

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

September 14, 2025

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    The Milestone Aviation Group, Limited v. DSV Air & Sea Inc. et al.
                Case No. 1:24-cv-03136-JPC

Dear Judge Cronan,

      We represent Defendants, DSV Air & Sea, Inc. and DSV Ocean Transport A/S (hereinafter collectively "Defendants" and/or "DSV"), in the above-referenced case. Pursuant to your Honor's Individual Practices ¶ 3(B) and this Court's Order [ECF 41], DSV respectfully requests a ninety (90) day stay of the case pending ongoing settlement discussions between the Parties, and if the matter is not resolved, then the Parties will respectfully submit an amended proposed Civil Case Management Plan and Scheduling Order. The foregoing request is respectfully submitted with the consent of counsel for Plaintiff, The Milestone Aviation Group, Limited ("Plaintiff" and/or "Milestone").

      Counsel for DSV is currently in a two (2) week jury trial in Miami, Florida in the case captioned *Affiliated FM Insurance Co. et al. v. Air Express International USA, Inc. d/b/a DHL Global Forwarding et al.* with case number 2017-021721-CA-01 before the Honorable Judge Peter Lopez. This joint submission is the Parties' first request for a stay as the Parties are engaged in ongoing settlement discussions in efforts to reach an amicable resolution of the matter. Further, the Parties are discussing scheduling mediation as well in efforts to resolve the matter.

      At this time, the Parties have exchanged written discovery responses and responsive documents. Following the exchange of initial discovery, the Parties are engaged in good-faith settlement discussions and respectfully request a ninety (90) day stay of the case to continue ongoing settlement discussions. The Parties respectfully submit that the undersigned counsel's ongoing jury trial and the Parties' ongoing settlement discussions reflect good cause for the requested extension.

      Respectfully, the instant request is not intended to cause delay and this is the Parties' first request for a stay. As noted, the Parties are engaged in good-faith settlement discussions as well as coordinating the depositions of Rule 30(b)(6) corporate representatives and fact witnesses and the instant request is in the utmost good faith as to not delay this case. To the extent that the matter is not resolved during the requested stay, the Parties will respectfully submit a proposed Civil Case Management and Scheduling Order.

The Honorable John P. Cronan
United States District Judge
September 14, 2025
Page 2

Accordingly, the Parties respectfully request that this Honorable Court enter an Order granting a ninety (90) day stay of the case to allow for ongoing good-faith settlement discussions.

Thank you for your consideration in this matter.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:    All Counsel of Record (via *ECF*)

The request is granted. The case is stayed for 90 days to allow for settlement discussions. The parties should submit a joint letter with a status update and a revised proposed case management plan by December 15, 2025. The Clerk of Court is respectfully directed to close Dkt. 42.

SO ORDERED
September 15, 2025

JOHN P. CRONAN
United States District Judge