UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE MILESTONE AVIATION GROUP
LIMITED,

                        Plaintiff,                    **24 Civ. No. 3136 (JPC)**

          -against-                             **PRE-SETTLEMENT**
                                                      **CONFERENCE ORDER**

DSV AIR & SEA, INC., *et al.,*

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, November 4, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 301 158 325#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                October 17, 2025

                                                                              _____
                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge