

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

October 21, 2025

**MEMO ENDORSED**

<u>VIA E-MAIL</u>[1]
Magistrate Judge Gary Stein
United States Courthouse
New York, NY 10007

Re:   Milestone Aviation Group v. DSV Air & Sea, Inc.
      Case No. 1:24-cv-03136-JPC

Dear Judge Stein,

We represent the Defendant, DSV Air & Sea, Inc, in the instant matter. Pursuant to Your Honor's Individual Rules, we respectfully submit this letter motion requesting an adjournment of the pre-settlement conference currently scheduled for November 4, 2025, at 3:00 p.m.

Counsel will be out of the country on another matter in the United Kingdom during the week of November 3, 2025. Accordingly, we respectfully request that the pre-settlement conference be rescheduled for the following week or another date convenient for the Court.

We have conferred with counsel for Plaintiff, and they consent to this request.

Thank you for the Court's consideration of this request.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector
**Counsel for DSV Air & Sea, Inc.**

cc:   Counsel of Record

Application granted. The Pre-Settlement Conference Call in this matter is hereby pushed to Friday, November 14, 2025 at 3:30 pm. Parties should refer back to the Court's original Pre-Settlement Conference Order (Dkt. No. 46) for instructions on joining the call. SO ORDERED.

Date:  New York, New York
       October 23, 2025

*Gary Stein*
Gary Stein
United States Magistate Judge
Southern District of New York

---

[1] GSteinNYSDChambers@nysd.uscourts.gov