

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

December 3, 2025

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007

The request is granted.  The Court extends the stay until February 17, 2026.  The Clerk of Court is respectfully directed to close Dkt. 39.

SO ORDERED
December 4, 2025

JOHN P. CRONAN
United States District Judge

Re:    **The Milestone Aviation Group, Limited v. DSV Air & Sea Inc. et al.**
**Case No. 1:24-cv-03136-JPC**

Dear Judge Cronan,

We represent Defendants, DSV Air & Sea, Inc. and DSV Ocean Transport A/S (hereinafter collectively "Defendants" and/or "DSV"), in the above-referenced case. Pursuant to your Honor's Individual Practices ¶ 3(B) and this Court's Order [ECF 43], the Parties respectfully request that this Honorable Court grant a sixty (60) day extension of the current stay to February 17, 2026. The foregoing is respectfully submitted with the consent of counsel for Plaintiff, The Milestone Aviation Group, Limited ("Plaintiff" and/or "Milestone").

This case is scheduled for a settlement conference before Magistrate Judge Gary Stein on February 5, 2026. Further, the Parties engaged in a pre-settlement conference with Judge Stein on November 14, 2025 [ECF 48]. Accordingly, the Parties respectfully request an extension of the current stay of December 15, 2025 [ECF 43] through to February 17, 2026, to allow the Parties to proceed with the settlement conference scheduled on February 5, 2026, and to continue their good-faith settlement discussions.

Thank you for your consideration in this matter.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:    All Counsel of Record (via *ECF*)

3250 Mary Street, Suite 405, Miami, Florida 33133
11 Broadway, Suite 615, New York, New York 10004
www.spectorrubin.com