

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

**MEMO ENDORSED**

January 28, 2026

**VIA EMAIL**[1]
The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

Application granted. The settlement conference scheduled for February 5, 2026 is hereby adjourned to March 3, 2026 at 10:00 a.m. Ex parte settlement submissions are due no later than February 24, 2026. SO ORDERED.

Date:    January 29, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Re:    **The Milestone Aviation Group Limited v. DSV Air & Sea Inc.**
**Southern District of New York Case No. 1:24-cv-03136-JPC**

Dear Judge Stein,

We represent Defendants, DSV Air & Sea Inc. and DSV Ocean Transport A/S (hereinafter collectively "Defendants" and/or "DSV"), in the above-referenced case. Pursuant to Your Honor's Order Scheduling Settlement Conference [ECF 50] and Settlement Conference Procedures, DSV respectfully submits the instant letter-motion requesting an adjournment of the Settlement Conference scheduled for February 5, 2026. Respectfully, Your Honor's Courtroom Deputy advised that March 3, 2026 and March 4, 2026 are available for a settlement conference. Accordingly, the undersigned counsel, together with counsel for Plaintiff, The Milestone Aviation Group, Limited ("Plaintiff" and/or "Milestone"), respectfully request that the settlement conference be adjourned to March 3, 2026 or March 4, 2026.

Respectfully in good faith, the undersigned counsel has a scheduling issue on another litigation matter on February 5, 2026, which is the date of the settlement conference in the instant matter. Accordingly, the undersigned counsel with the consent of counsel for Plaintiff respectfully requests that the settlement conference be rescheduled for March 3, 2026 or March 4, 2026.

Thank you for your consideration in this matter.

Respectfully submitted,

SPECTOR RUBIN, P.A.

Andrew Spector

Andrew R. Spector

cc:    All Counsel for Record (via *ECF*)

---

[1] gsteinnysdchambers@nysd.uscourts.gov