

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

February 12, 2026

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007

Re:    **The Milestone Aviation Group, Limited v. DSV Air & Sea Inc. et al.**
       **Case No. 1:24-cv-03136-JPC**

Dear Judge Cronan,

We represent Defendants, DSV Air & Sea, Inc. and DSV Ocean Transport A/S (hereinafter collectively "Defendants" and/or "DSV"), in the above-referenced case. Pursuant to your Honor's Individual Practices ¶ 3(B) and this Court's Order [ECF 51], the Parties respectfully request that this Honorable Court grant a sixty (60) day extension of the current stay to April 17, 2026. The foregoing is respectfully submitted with the consent of counsel for Plaintiff, The Milestone Aviation Group, Limited ("Plaintiff" and/or "Milestone").

This case is scheduled for a settlement conference before Magistrate Judge Gary Stein on March 3, 2026 [ECF 53]. Further, the Parties engaged in a pre-settlement conference with Judge Stein on November 14, 2025 [ECF 48]. Accordingly, the Parties respectfully request an extension of the current stay of February 17, 2026 [ECF 51] through to April 17, 2026, to allow the Parties to proceed with the settlement conference scheduled on March 3, 2026, and to continue their good-faith settlement discussions.

Thank you for your consideration in this matter.

The request is granted. The Court extends the stay until April 17, 2026. The Clerk of Court is respectfully directed to close Dkt. 54.

SO ORDERED
February 12, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:    All Counsel of Record (via *ECF*)

3250 Mary Street, Suite 405, Miami, Florida 33133
11 Broadway, Suite 615, New York, New York 10004
www.spectorrubin.com